In the Matter of the Application of the NORTH RIVER STEAMBOAT COMPANY, Respondent, for a License to Maintain a Ferry.

NORTH RIVER FERRY COMPANY, Appellant.

*Matter of North River Steamboat Co.*, 154 App. Div. 953, appeal dismissed.

(Submitted June 5, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1913, which affirmed an order of the Rockland County Court denying a motion to vacate a prior order granting a ferry license to the North River Steamboat Company.

*Vincent P. Donihee* and *Edward S. Hatch* for appellant.

*G. H. Crawford* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.